IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

RECEIVED
2006 FEB 13  A 10: 24

| | |
|---|---|
| RASHAD LEE # 213823 <br> Full name and prison number of plaintiff(s) <br><br> v. <br><br> WILBERT JERNIGAN <br> KELLI MILLS <br><br> SCHEALEY BOYD WHIGHAM <br><br> KEITH AUSBORN <br><br> CAROL M. WRIGHT <br><br> L. BERNARD SMITHART <br> Name of person(s) who violated your constitutional rights. (List the names of all the persons.) | CIVIL ACTION NO. 2:06CV134-T <br> (To be supplied by Clerk of U.S. District Court) <br><br><br> **DEMAND FOR JURY TRIAL** |

I. PREVIOUS LAWSUITS
   A. Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action?  YES ( )  NO ( ** )

   B. Have you begun other lawsuits in state or federal court relating to your imprisonment?  YES ( )  NO ( X )

   C. If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

      1. Parties to this previous lawsuit:

         Plaintiff(s) _____

         _____

         Defendant(s) _____

         _____

      2. Court (if federal court, name the district; if state court, name the county) _____

         _____

3. Docket number _____

4. Name of judge to whom case was assigned _____
_____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____
_____

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____

II. PLACE OF PRESENT CONFINEMENT  LIMESTONE CORRECTIONAL FACILITY
    28779 NICK DAVIS ROAD HARVEST, ALABAMA 35749-7009

PLACE OF INSTITUTION WHERE INCIDENT OCCURRED  SAME AS ABOVE
_____

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.
    NAME                                ADDRESS

1. KELLI MILLS        408 N. Prairie Street Union Springs Al 36089

2. KEITH AUSBORN 1224 Ryan Street Montgomery, Alabama 36107

3. BOYD WHIGHAM 104 Court Square Clayton, Alabama 36106

4. CARLOYN WRIGHT 415 DEXTER AVENUE MONTGOMERY, ALABAMA 36104

5. L. BERNARD SMITHART P.O. BOX 230 UNIONSPRINGS, ALABAMA 36089

6. WILBERT JERNIGAN P.O. BOX 230 UNION SPRINGS, ALABAMA 36089

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED  April 2005
_____

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE:    VIOLATION OF CONSTITUTIONAL RIGHTS   UNDER
FOURTEENTH AMENDMENT OF THE USC   (14th Amend.) U.S.C.

2

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

Lee transcripts were altered by the defendants in the lawsuit either literally or through conspiring to violate Lee's rights to have the same treatment that all other convicted felons get upon postconviction relief from the same court on the same crimes, but the trial court did not afford Lee' this protection. SEE COMPLAINT

GROUND TWO: 42 U.S.C. §§ 381 "PLANTING FABRICATING OR DESTROYING EVIDENCE

SUPPORTING FACTS: The defendants in the suit have destroyed Lee's original transcripts and altered them by reprinting some false and illegal transcripts to circumvent the trial court error, and presenting them to the appeal courts.

GROUND THREE: 42 U.S.C. §246 "DESTRUCTION, PLANTING, OR WITHHOLDING EVIDENCE

SUPPORTING FACTS: The defendants destroyed the original trial transcripts, reprinted some altered ones and presented the altered traNSCRIPTS ON APPEAL (SEE COMPLAINT)

3

GROUND FOUR : 42 U.S.C. §§§ 460 (ALTERING OF TRANSCRIPTS)

The defendants altered Certified true and correct copies of plaintiffs guilty plea transcripts to circumvent the trialcourt error. (SEE COMPLAINT)

GROUND FIVE: 42 U.S.C.§§ 360 (FALSE IMPRISONMENT)

Because the Defendant's altered the plaintiff transcripts ,plaintiff is being held illegally on a crime that does not exsist in title or statute in this state because the transcripts would have revealed that plaintiff is actually innocent of the crime to which he was convicted of and would have had to release plaintiff if the transcripts hadn't of Been altered.

GROUND SIX: 42 U.S.C. §§§474 (COURT REPORTER ALTERING TRANSCRIPTS)

The court reporter Kelli Wise,Defendant altered plaintiff transcripts at the request and or demand of the state to circumvent the trial court error and the transcripts proved that the trial court was in error to sentence plaintiff. SEE COMPLAINT AND TRANSCRIPTS

GROUND SEVEN: 42 U.S.C. §§488 EFFECT OF MALICE,CORRUPTION,CONSPIRACY OR PERSONAL MOTIVE

The trialcourt judge used his power to persuade the court reporter to alter the transcripts to cover up his several errors in plaintiff transcrits and this was done because victim mother wanted judge to keep plaintiff in prison instead of gr ant the releif the plaintiff deserved.

GROUND EIGHT:    18 U.S.C. §241   (CONSPIRACY AGAINST RIGHTS)

All of the plaintiffs conspired to alter the plaintiffs transcripts in an effort to cover up the trial court error. (SEE TRANSCRIPTS & COMPLAINT)


GROUND NINE:    18 U.S.C. §242 (DEPRIVATION OF RIGHTS UNDER COLOR OF LAW)

Defendants have deprived plaintiff of his constitutional rights under color of law by altering his transcripts and conspiring to keep him from prevailing on appeal by destroying evidence and altering transcripts.
(SEE TRANSCRIPTS AND COMPLAINT)


GROUND TEN:    18 U.S.C. § 246 DEPRIVATION OF RELIEF BENEFITS
Because the defendants all conspired too alter the plaintiff transcripts and actually took part in the alterations the defendants have all deprived the plaintiff of his relief benefits as guaranteed by the constitution and the law of the United States.

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

Determine wheter or not the plaintiffs transcripts were actually altered to cover up the trial court actions and mistakes and grant plaintiff a new trial if so based on the conspiracy against him, and set this case for a jury trial on all matters alleged herein.

_____
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on ___Feb. 9, 2006___.
                     (Date)

_____
Signature of plaintiff(s)

4