IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

RECEIVED

RASHAD C. LEE # 213823

    Plaintiff,

2006 FEB 13  A 10: 25

V.

COMPLAINT

KELLI MILLS

CIVIL ACTION NO.

SCHEALEY BOYD WHIGHAM

2:06CV134-T

KEITH AUSBORN

CAROL M. WRIGHT

**EVIDENTIARY HEARING REQUESTED**

L. BERNARD SMITHART

WILBERT JERNIGAN

individually and in their

official capacities,

    Defendants.

### I. JURISDICTION & VENUE

1.  This is a civil action authorized by 42 U.S.C. Section 1983 to redress the deprivation, under color of state law, of rights secured by the Constitution of the United States. The court has jurisdiction under U.S.C. Section 1331 and 1343(a)(3). Plaintiff seeks declatory relief pursuant to 28 U.S.C. Section 2201 and 2202. Plaintiffs claim for injunctive relief are authorized by 28 U.S.C. Section 2283 & 2284 and Rule 65 of the Federal Rules of Civil Procedure.

2.  The Middle District of Alabama is an appropriate venue under 28 U.S.C. Section 1391 (b)(2) because it is where the events giving rise to this claim occured.

### II. PLAINTIFFS

3.  Plaintiff, Rashad Lee, is and was at all times mentioned herein a prisoner of the state of Alabama in the Custody of the Alabama Department of Corrections. He is currently confined in Limestone Correctional Facility, in Harvest, Alabama.

4. Defendant, Schealy Boyd Whigham, is the assistant District Attorney of Bullock County. He is and was the prosecuting Attorney at the time of the alleged violation of Plaintiff Constitutional Rights, during the conspriacy.

5. Defendant, Kelli Mills, is the Bullock County Court Reporter who took the minutes of plaintiffs guilty plea hearing and the Reporter who trascribed and altered the plaintiffs Guilty plea transcripts, thus conspired with the state and the Trial Court to alter the Transcripts.

6. Defendant, Keith Ausborn, was the plaintiff Counsel at the Guilty Plea hearing and also on appeal, thus he conspired along with the state to alter the guilty plea transcript, along with breech of the contract between he and the defendant.

7. Defendant, Carol M. Wright, is an investigator, paralegal for the office of the General Counsel for the Bar Association. She also conspired al-ong to cover-up the altering of the transcripts.

8. Defendant, L. Bernard Smithart, is and was the presiding Judge at both the guilty plea hearing, and at the time of the alleged altering of the transcripts and the conspiracy.

9. Defendant Wilbert Jernigan, is the Bullock County Circuit Clerk and was aiding the state in the conspiracy.

10. Each defendant is sued individually and in his [or her] offical capacity and in their official capacity. At all times mentioned in this complaint acted under the color of state of law.

## III. FACTS

During the month of November,2004,Plaintiff,Rashad Lee,appealed the denial of his Rule 32 post convicition petition to the Bullock County Trial Court.Defendant gave notice of appeal during the time prescribed by the Rules of Court.On correct or about the month of March,the plaintiff filed a motion to supplement or correct the record on appeal because,subsequently plaintiff failed to attach a copy of his transcripts to his Rule 32 breif,and petition,in support of the allegations against the Trial Court. On March 17,2005 the Appellant Court Ordered the Trial Court to dispose of the plaintiffs motion to supplement by April 14,2005. **(SEE EXHIBIT-A)**

On March 22,2005,the plaintiff wrote a letter to the trial court and sent copies to the Attorney General,and Appellant Court clerk inquiring as to wheter or not the TRial Court & Clerk,were gonna mail the appellant a copy of his supplemented record on appeal to include the trial transcripts.The Trial Court subsequently denied the plaintiff motion to supplement per the Appellant Court Order. **(SEE EXHIBIT-B & C)** on March 28,2005.

In between the time of the TRial Court Denial of the Motion to supplement,the state Prosecutor,Defendant,Boyd Whigham,through the use of the Court Reporter,Defendant,Kelli Mills,entered into a conspiracy,along with defendant, L. Bernard Smithart,to alter and change the plaintiff guilty plea transcripts,to circumvent the Trial Court,and defendant,L.Bernard Smithart, error in accepting the plaintiff's guilty plea to an offense that the plaintiff had not been indicted for,nor an offense that exsisted in this state in title or statute in this state.**(SEE EXHIBIT-D & E)** transcripts of Lee's guilty plea ,which denied Lee Due Process under the

14th Amendment U.S.C.,and obstructed Justice from being served.

This was done because upon the prosecutor,taking Judicial notice of the Record on file,saw that the allegations raised by the plaintiff in his Rule 32 petition was supported by the record of the guilty plea proceedings,so the prosecutor,conspired with the Judge,to alter the plaintiff's guilty plea transcripts to keep the Plaintiff's conviction from being reversed.Upon this conspiracy defendant,Kelli Mills, altered the guilty plea tran-scripts to aide the state and the trial court.

Defendants,Whigham,Mills,and Smithart,all knew that the Trial Court failed to maintain Subject matter Jurisdiction over the proceedings and thereby,in return after the trial court denied the motion to supplement the plaintiff record,done by Kelli Mills, was adequate to satisfy the appellant Judges that the allegations raised in plaintiff petition were not supported by the record,the trial court then ordered defendant Kelli mIlls,to supplement the record on appeal even though the conspiracy and alterations had already taken place,the trial court entered an order **granting** the plaintiff motion on April 14,2005.**(SEE EXHIBIT-F)** nearly a month later,after the conspiracy had already taken place,and the altering of the transcripts had been completed by the Court reporter,and defendant, Kelli Mills.

On April 18,2005,the Court Clerk,defendant,Wilbert Jernigan,then filed the altered,supplemented record of the transcripts into the appellant court.**(SEE EXHIBIT-G)**The date on the altered,supplemented record that was filed into the appeal court was shown to be April 13,2005 on the court reporter defendant,Kelli Mills, Certificate of completion.**(SEE TRANSCRIPTS)**

   **Soon** after the record was filed into the appellant court,the plaintiff began to inquire as to the alteration of his transcripts, by writing the clerk and the judge,and directly to the court reporter, defendant,Kelli Mills,asking about her personal knowledge as to the alterations of his guilty plea transcripts,because she was the one directly responsible for transcribing the transcripts,and the apparent alterations.Plaintiff even threatened to sue through §1983 Action but defendant Mills failed,and refused to answer the plaintiff's letters and questions as to the alterations.(SEE EXHIBITS H & I)

   Around May 2005,plaintiff began attempting to contact his former attorney which he had previously contacted before plaintiff filed the Rule 32 petition in an attempt to get the attorney,defendant, Ausborn to file something into the courts to help the plaintiff seek relief from the illegal sentence and conviction,but defendant, Ausborn,never acknowledged any of the letters that the plaintiff because the plaintiff alleged in all of the letters that Ausborn was even ineffective,and the plaintiff sent a copy of a letter memo that the defendant had previously sent to the plaintiff stating that the defendant,Ausborn, had done his best to represent the plaintiff on a charge of Murder in the First Degree,and thus the defendant knew that acknowledgeing the plaintiff's letter would show that he was in fact ineffective for allowing the plaintiff to plead to an offense that he was not indicted for,and  because the original transcripts affirmatively showed that the defendant, Ausborn, while representing The plaintiff,Lee, did allow the Trial court to accept Lee's plea to First Degree Murder,and Lee to plead guilty to it,and it was not an offense that exsisted in title or statute in this state,thus,rendering Ausborn ineffective.(SEE EXHIBIT J).

Furthermore defendant Ausborn was sent a copy of the defendant Kelli Mills,altered version of the plaintiff transcript,and he was also sent a copy of the plaintiff Ireland Form in which,he signed stating the offense to which he was representing Lee,on and lee, was pleading guilty too was Murder in The First Degree,thus all the more proving that Defendant Ausborn,had motive to conspire into altering the transcripts because the documents proved that he was an alleged competent counsel that was ineffective for his actions in representing Lee.

Plaintiff constantly wrote to Ausborn,and even filed a bar complaint to the Alabama Bar association in which the plaintiff contended that Ausborn would not forward copies of the requested documents that the plaintiff needed, to prove his post-convicition claims among other claims that had been filed by the plaintiff. **(SEE EXHIBIT-K)**

Ausborn neverresponded to the plaintiff letters,or the greviance that was filed on him by the Bar Association that he was Ordered by the Bar Association to either forward the requested documents or to give a reason why he should not and He never did neither.In opposition to Ausborn never forwarding the requested documents Lee, then wrote a letter to the General Counsel of the Bar.**(SEE EXHIBIT-L)** This was done requesting the status of the complaint that was filed against Ausborn.The plaintiff also contacted a Mr.Keith Norman at the BAr association Concerning the request for the documents and the Status of the complaint,which the plaintiff alleged a violation of his constitutional rights.**(SEE EXHIBITS-M)**

Shortly after the alterations of the plaintiffs guilty plea transcripts,plaintiff contacted defendant,Wilbert Jernigan,asking

for a Affidavit of Substancial Hardship to persue a Civil action suit against Defendant,Ausborn,which was never recieved from the defendant,Jernigan.Then on May,21,2005 plaintiff filed a motion and an affidavit in support of the motion for leave to proceede In Forma Pauperius in a Civil Action suit against Defendant,Ausborn, which was denied twice by the Trial Court Judge,defendant,L.Bernard Smithart,on the grounds that the plaintiff was not indigent, although the plaintiff had attached to the motion a certified copy of his account balance that proved the plaintiff to be indigent and the clerk failed to return one of the motion as denied because of the plaintiff sueing their co-conspirator Keith Ausborn.(SEE EXHIBIT N)

Defendant,Jernigan,never filed the plaintiff motion and affidavits in support of his motion to proceede informa pauperius because plaintiff sent several letters inquiring as to wheter or not the motion has been filed which apparently it wasn't and the motion had been notarized by a certified notary public stating that the fact were true in the motion,and affidavits supporting the plaintiff was in fact indigent but the trial court still again denied the motion.Defenant,Jernigan,conspired against the plaintiff,Lee, and aided the Trial Court in obstructing Justice,along with the other defendants.

Thus,on or about December 1,2005,plaintiff filed a complaint to the Alabama Bar Association along with (2) certified copied,copies of the original and altered transcripts,as proof as to the allegations in the complaint which alleged that defendant Boyd Whigham,along with the court reporter Kelli Mills, and Judge Smithart,all of which are named as defendants in this complaint,conspired to deprive the plaintiff of his Civil Rights by altering his guilty plea

transcripts.The complaint specifically,alleged that the defendant Boyd Whigham, was the head conspirator which,enlisted the defendant, Kelli Mills,to alter the transcripts,and because the prosecutor, and the victim mother was romantically involved before,during,and after Lee's trial which gave Whigham the motive to alter the plaintiff transcripts in an effort to satisfy the victim mother to keep Lee in Prison.

Defendant Whigham,responded to the allegations by denying all of the alleged allegations,thus Lee,complaint was dismissed by Investigator/Paralegal Carol wright,defendant,although Plaintiff proved to the investigator,Wright,that At any and all times had the motive to alter the transcripts,besides the judge,but nonetheless after an apparent investigation the defendant, Carol Wright found that the Distict Attorney had violated no Rule of the Ethic Codes, thus conspir-ing with her colleague to deprive Lee of Civil Rights Relief Benefits,even when she had the proof there in Black and white in her face.() (SEE EXHIBITS- O-O,O-1,O-2,O-3)

### IV.EXAUSTION OF LEGAL REMEDIES

Plaintiff,Rashad Lee, used the legal Greviance procedure available through the legal justice system to try and solve the problem.On May 10,2005,Lee, filed a complaint on the Defendant,L.Bernard Smithart to the Alabama Judicial Inquiry Committee asking for an investigation to be opened into the matter of the respondent Judge having personal knowledge of the alterations of the guilty plea transcripts and the judge own personal dealing with giving his consent to alter the transcripts  to circumvent his error,and because the victim mother asked the judge not to allow Lee back into court at any cost.

Thus the complaint was deprived,and denied by the Judicial Inquiry Commission Committee stating that the matters complained of by Lee,involved matters that exceeded their jurisdiction,thus the complaint was denied and the file closed.(SEE EXHIBITS-P.Q,R)

Plaintiff further filed a compalint to the administration office of the courts which appoints the court reporters to the Circuit Courts.The complaint was dismissed by the legal division,of the Administrative Office of the Courts,and stated that plaintiff should contact an attorney,to help assist him in the matter complained of **(SEE EXHIBITS-S)**

Plaintiff filed a Bar Complaint to the Amabama Bar Association against Defendant,Boyd Whigham,which was appealed,and denied a second time.(SEE EXHIBITS-O-1,O-2,O-3)

**Plaintiff** also filed a complaint against Defendant,Keith Ausborn, which was apparently dismissed also.(SEE EXHIBIT-K)


12. Plaintiff reallege and incoporate by reference paragraph 1-11.
13. The Alteration of Lee's transcripts,violated plaintiff Rashad C. Lee,rights and constituted a Due Process,and equal Protection violation under the Fourteenth Amendment to the United States Constitution.
14. The Plaintiff has no plain,adequate,or complete remedy at law to redress the wrongs described herein.Plaintiff just has been and will continue to be irreparably injured by the conduct of the defendants unless this Court grant the declatory relief and injunctive relief the plaintiff is seeking.

**WHEREFORE,** Plaintiff Respectfully prays that this court enters Judgement Granting Relief on:

15. A declaration that the acts and omissions described herein violated plaintiffs rights under the constitution and laws of the United States.

16. A preliminary and permanent injunction ordering the Defendants Boyd Whigham, Kelli Mills, L. Bernard Smithart, to unalter plaintiff transcripts and to notify the appellant courts that the transcripts were altered by the defendants in bad faith to circumvent the Trial Court error in violation Rule 13.5 (a) Ala.R.Crim.P., and to reschedule the evidentiary hearing on the Plaintiff claims using the Original transcripts that are unaltered. Also for the Court reporter to be removed from her position permanently, and or her supervisor to reprimand her. And for the Investigator/Paralegal Carol Wright to reprimand Defendant Boyd Whigham for his part in the alterations of the transcripts.

17. Compensatory damages in the amount of $ __OPEN__ against each defendant.

18. Punitive damages in the amount of $ __OPEN__ against each defendant.

19. <u>**A JURY TRIAL ON ALL ISSUES TRIABLE BY JURY!!!**</u>

20. Plaintiff's cost in this suit.

21. Any additional relief this court deems just, proper, and equitable.

22. **PLAINTIFF ASKS THAT HONORABLE COURT REVERSE HIS CONVICTIONAND ORDER A NEW TRIAL OR NEW SENTENCEING HEARING.**

Dated: Feb 7, 2006

Respectfully Submitted,

*[signature]*

## VERIFICATION

I have read the foregoing compalint and hereby verify that the matters alleged therein are true, except as to matters alleged on information and belief, as to those, I believe them to be true. I certify under penalty of perjury that the foregoing is true and correct.

Executed at Harvest, Alabama on ~~JAnuary 30, 2006.~~ Febyary 7, 2006

_____
Rashad C. Lee # 213823