IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| RASHAD C. LEE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:06cv134-MHT |
| | ) | (WO) |
| WILBERT JERNIGAN, et al., | ) | |
| | ) | |
| Defendants. | ) | |

OPINION

Pursuant to 42 U.S.C.A. § 1983, plaintiff, a state
inmate, filed this lawsuit challenging the circumstances
of his criminal conviction.  This lawsuit is now before
the court on the recommendation of the United States
Magistrate Judge that plaintiff's case be dismissed.
Also before the court are plaintiff's objections to the
recommendation.  After an independent and de novo review
of the record, the court concludes that plaintiff's
objections should be overruled and the magistrate judge's
recommendation adopted.

An appropriate judgment will be entered.

DONE, this the 6th day of April, 2006.

            /s/ Myron H. Thompson
       UNITED STATES DISTRICT JUDGE