IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
RASHAD C. LEE,                )
                              )
    Plaintiff,                )
                              )        CIVIL ACTION NO.
    v.                        )        2:06cv134-MHT
                              )            (WO)
WILBERT JERNIGAN, et al.,     )
                              )
    Defendants.               )
```

## JUDGMENT

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) Plaintiff's objections (Doc. No. 5) are overruled.

(2) The United States Magistrate Judge's recommendation (Doc. No. 4) is adopted.

(3) This lawsuit is dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B).

It is further ORDERED that costs are taxed against plaintiff, for which execution may issue.

**The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.**

**DONE, this the 6th day of April, 2006.**

                         /s/ Myron H. Thompson
                         **UNITED STATES DISTRICT JUDGE**