**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

ELEPHONE (334) 954-3600

July 21, 2004

# NOTICE OF CORRECTION

FROM:   Clerk's Office

Case Style:   Lee v. Jernigan et al

Case No.:   2:06cv134-MHT
         Document 8 Acceptance and Waiver

This Notice of Correction was filed in the referenced case this date to Strike document #8.  This was incorrectly filed in this case and should have been filed in 2:06cv1034.